IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ERIC FRITZGERALD LEWIS, | ) | 4:13CV3092 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, director, | ) | |
| and FRED BRITTEN, warden, | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on Petitioner's Motion to Reassign Case (Filing No. 6). In his Motion to Reassign Case, Petitioner states that he has a "conflict" with the undersigned judge, but he does not identify what the nature of the conflict is. The court has carefully reviewed Petitioner's motion in accordance with 28 U.S.C. 455(a), and finds there is nothing indicating that the court's "impartiality might reasonably be questioned" or that there is any basis for recusal or reassignment in this matter.

IT IS THEREFORE ORDERED that: Petitioner's Motion to Reassign Case (Filing No. 6) is denied.

DATED this 22nd day of May, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge